SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
MICHAEL T. CAMPBELL, Cal. Bar No. 293376
mcampbell@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
WELLS FARGO SECURITIES, LLC

GIRARD BENGALI, APC
ROBERT J. GIRARD, Cal. Bar No. 216949
rgirard@girardbengali.com
OMAR H. BENGALI, Cal. Bar No. 276055
obengali@girardbengali.com
355 S. Grand Ave., Suite 2450
Los Angeles, California 90071
Telephone:  323.302.8300
Facsimile:   323.302.8310

Attorneys for Plaintiff
VANESSA CARNEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA CARNEY, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No. 2:22-cv-02097 RSWL (SKx)<br><br>**JOINT STIPULATION FOR DISMISSAL** |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff
2  Vanessa Carney ("Plaintiff") and Defendants Wells Fargo Securities, LLC ("Wells
3  Fargo") (collectively the "Parties") that the case has been settled in its entirety and
4  that the above entitled action including any and all claims alleged therein, and all
5  defendants, are hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

8  Dated: July 6, 2022          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9                                By          /s/ Paul Berkowitz
10                                            PAUL BERKOWITZ
11                                       Attorneys for Defendant
                                         WELLS FARGO SECURITIES, LLC

14  Dated: July 6, 2022          GIRARD BENGALI, APC

15                                By          /s/ Omar Bengali
16                                            OMAR H. BENGALI
                                         Attorneys for Plaintiff
17                                       VANESSA CARNEY